UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2011 APR 19 PM 3:21
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br><br>KENNETH JOHNSON,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL No. _____<br><br>**INDICTMENT**<br><br>[Violation: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm; Felon in Possession of Ammunition] |

**A11CR 221 SS**

THE GRAND JURY CHARGES:

**COUNT ONE**
**[18 U.S.C. § 922(g)(1)]**

On or about April 21, 2010, within the Western District of Texas, the Defendant,

**KENNETH JOHNSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce a firearm, namely a Cobra Enterprises Patriot .380 semiautomatic handgun, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### [18 U.S.C. § 922(g)(1)]

On or about April 21, 2010, within the Western District of Texas, the Defendant,

**KENNETH JOHNSON,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce ammunition, and said ammunition included one or more of the following types of ammunition: Winchester .380 live cartridges, and .CCI .22 caliber live cartridges, which had been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE

I.

### Title 18 Firearms Forfeiture Statutes and Violations
[18 U.S.C. §§ 922(g)(1), subject to forfeiture pursuant to
18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to
28 U.S.C. § 2461 and Fed. R. Crim. P. 32.2]

As a result of the foregoing criminal violation as set forth in Count One, which is punishable by imprisonment for more than one year, **DEFENDANT KENNETH JOHNSON,** shall forfeit all right, title and interest to the United States in the below described property pursuant to 18 U.S.C. § 924(d)(1), made applicable to criminal forfeiture pursuant to 28 U.S.C. § 2461, which states the following:

**Title 18 U.S.C. § 924.**

> **(d)(1)** Any firearm or ammunition involved in or used in any knowing violation of subsection. . . (g) of section 922 . . . or 924 . . . shall be subject to seizure and forfeiture . . .

This Notice of Demand for Forfeiture includes but is not limited to the property described in paragraph II.

## II.
### Personal Property

A Cobra Enterprises Patriot .380 semiautomatic handgun, SN: 04062, with all accessories and ammunition, including, but not limited to: One (1) box containing fifty (50) CCI cartridges; One (1) box containing fifty (50) Winchester .380 Auto cartridges; One (1) 30-round Okay Industries magazine; Thirty (30) Winchester 223 Remington PSP cartridges; One (1) Winchester .380 Auto cartridge.

A TRUE BILL:

ORIGINAL SIGNATURE
REDACTED PURSUANT TO
E-GOVERNMENT ACT OF 2002

JOHN E. MURPHY
United States Attorney

By: _____
ELIZABETH COTTINGHAM
Assistant U. S. Attorney